USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA :

-against- : 26-MJ-4649

ORDER

VICTOR CUESTA,

Defendant.

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on November 3, 2026, Defendant was arrested;

WHEREAS on November 4, 2026, Defendant was initially presented before Magistrate Judge Barbara Moses;

WHEREAS Magistrate Judge Moses granted Defendant's bail application but ordered him detained pending the satisfaction of certain conditions (the "November 4 Order");

WHEREAS the Government appeals the November 4 Order as to Defendant and requests a temporary stay of the Order until the Court hears such appeal;

IT IS HEREBY ORDERED that the November 4 Order is STAYED until the Court hears the bail appeal as to Defendant on **November 10, 2026, at 2:30 p.m.** in Courtroom **20C** of the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date: November 9, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**